No. 267.   BANK OF CALIFORNIA NATIONAL ASSOCIATION, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1946.

No. 276.   GENERAL TRANSPORTATION CO. ET AL. *v.* UNITED STATES ET AL.   November 12, 1946.

No. 292.   UNION METAL MANUFACTURING CO. ET AL. *v.* OOMS, COMMISSIONER OF PATENTS.   November 12, 1946.

No. 300.   EVERETT *v.* DOWNING.   November 12, 1946.

No. 318.   MOFFETT ET AL. *v.* COMMERCE TRUST CO. ET AL.   November 12, 1946.

No. 321.   CHATZ, TRUSTEE IN BANKRUPTCY, ET AL. *v.* ARMOUR PLANT EMPLOYEES CREDIT UNION; and
No. 322.   CHATZ, TRUSTEE IN BANKRUPTCY, ET AL. *v.* TODD ET AL.   November 12, 1946.

No. 323.   BUICE *v.* PATTERSON ET AL.   November 12, 1946.

No. 338.   KUT *v.* BUREAU OF UNEMPLOYMENT COMPENSATION ET AL.   November 12, 1946.